IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LEODIS RANDLE**                                                                                            **PLAINTIFF**

v.                                        **Case No. 4:23-cv-00129-KGB**

**ERIC S. HIGGINS**                                                                                       **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Leodis Randle's complaint is dismissed without prejudice (Dkt. No. 1). The relief requested is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

It is so adjudged this 2nd day of June, 2025.

_____
Kristine G. Baker
Chief United States District Judge